# EXHIBIT 1

RETURN DATE: SEPTEMBER 29, 2020 : SUPERIOR COURT

ANTHONY GUGLIELMO : J.D. OF NEW HAVEN

V. : AT NEW HAVEN

CVS PHARMACY, INC. : AUGUST 21, 2020

COMPLAINT

COUNT I – TELEPHONE CONSUMER PROTECTION ACT

47 USC 227

1. The plaintiff is a resident of the State of Connecticut.

2. The Defendant is a corporation with its headquarters in Rhode Island. The defendant conducts regular business in the State of Connecticut, including operating pharmacies throughout the State.

3. The Defendant placed numerous calls to the plaintiff's cell phone.

4. .The defendant illegally and improperly failed to provide a means to opt out of the automated phone calls.

5. Mr. Guglielmo never gave permission to CVS to call him by his private cell phone number.

6. Said calls were not made for the emergency purposes, in particular to contact Mr. Guglielmo concerning prescriptions for himself.

7. Mr. Guglielmo went to the local CVS pharmacy to stop the calls. In spite of his efforts, the defendant continued to call his cell phone.

7. The plaintiff has been harmed.

## COUNT II – TELEPHONE CONSUMER PROTECTION ACT
## 47 USC 227

1. Paragraphs 1 to 7 of Count I are hereby realleged.

2. Mr. Guglielmo received fax calls to his cell phone number. The fax calls were made by the defendant CVS

3. Mr. Guglielmo contacted CVS pharmacy in an attempt to stop the phone calls, without success.

4. Said actions were in violation of the Telephone Consumer Protection Act

## COUNT III – CGS 52-570C

1. Paragraphs 1 to 7 of Count I are hereby realleged.

2. Mr. Guglielmo received fax calls to his cell phone number. The fax calls were made by the defendant CVS

3. Mr. Guglielmo contacted CVS pharmacy in an attempt to stop the phone calls, without success.

4. Said actions were in violation of the Telephone Consumer Protection Act

## COUNT IV – UNFAIR TRADE PRACTICES CGS 42-110a et seq.

1. Paragraphs 1 to 7 of Count I are hereby realleged.

2. Mr. Guglielmo received fax calls to his cell phone number. The fax calls were made by the defendant CVS

3. Mr. Guglielmo contacted CVS pharmacy in an attempt to stop the phone calls, without success.

4. Said actions were in violation of the Telephone Consumer Protection Act

5. The actions of the defendant constitute unfair trade practices.

WHEREFORE THE PLAINTIFF CLAIMS

1. Compensatory damages

2. $500 per violation as provided by CGS 52-570c(d)

3. Attorney's Fees and costs, CGS 52-570c(d)

4. $500 per violation, 47 USC 227 ©(5)

5. Treble Damages as provided by 47 USC ©(5)

6. Attorney's Fees as provided by CGS 42-110g

7. Such other and further relief as to equity and law may apply

Dated: AUGUST 21, 2020

ANTHONY GUGLIELMO
BY Robert M. Singer, Esq.
Law Offices of Robert M. Singer, L.L.C.
2572 Whitney Avenue
Hamden, CT  06518
203-248-8278
rsingerct@yahoo.com

DEMAND FOR RELIEF

The amount, legal interest or property in demand is greater than

THAN FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000) exclusive of interest and costs.

Dated at Hamden, CT this 21st Day of AUGUST, 2020

THE PLAINTIFF

BY ROBERT M. SINGER, ESQ.
HIS ATTORNEY
2572 Whitney Avenue
Hamden, CT 06518
203-248-8278

WHEREFORE THE PLAINTIFF CLAIMS

1. Compensatory damages

2. $500 per violation as provided by CGS 52-570c(d)

3. Attorney's Fees and costs, CGS 52-570c(d)

4. $500 per violation, 47 USC 227 ©(5)

5. Treble Damages as provided by 47 USC ©(5)

6. Attorney's Fees as provided by CGS 42-110g

7. Such other and further relief as to equity and law may apply

Dated: AUGUST 21, 2020

ANTHONY GUGLIELMO

BY Robert M. Singer, Esq.
Law Offices of Robert M. Singer, L.L.C.
2572 Whitney Avenue
Hamden, CT  06518
203-248-8278
rsingerct@yahoo.com