UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY GUGLIELMO, | : | CIVIL ACTION NO. 3:20-cv-01560-JBA |
| Plaintiff, | : | |
| v. | : | |
| CVS PHARMACY, INC., | : | |
| Defendant. | : | |

**DEFENDANT CVS PHARMACY, INC.'S**
**MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant CVS Pharmacy, Inc. moves to dismiss this matter. Pursuant to Local Rule 7(a)(1), a memorandum of law in support of this motion is filed contemporaneously herewith.

As set forth in more detail in the accompanying memorandum of law, the Plaintiff has brought a three-count complaint alleging violations of the Telephone Consumer Protection Act ("TCPA"), Conn. Gen. Stat § 52.570c and negligent infliction of emotional distress. However, Plaintiff has failed to plausibly state a claim for any of his claims. With regard to the TCPA claim, while the exact contours of this claim are unclear, Plaintiff has not alleged facts supporting any automatic telephone dialing system or fax advertisements, which would be necessary to his claim. Plaintiff likewise does not allege a violation of Conn. Gen. Stat § 52.570c, as he does not allege any transmission of advertising material. Finally, Plaintiff does not allege facts to support the elements of a negligent inflection of emotional distress claim. Accordingly, Defendant moves to dismiss this case in its entirety. Defendant further moves that this dismissal be with prejudice, as this is Plaintiff's third attempt at stating a claim.

1

Dated: January 25, 2021											Respectfully submitted,

By:   /s/ *Ivana D. Greco*

Ivana D. Greco (ct29635)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Tel. No.:  (860) 275-8333
Fax No.:  (860) 275-8299
E-mail:  igreco@rc.com

Mark S. Eisen (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
dalmeida@beneschlaw.com
meisen@beneschlaw.com

*Attorneys for Defendant CVS Pharmacy, Inc.*