UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Anthony Guglielmo,
    *Plaintiff,*

v.                                  CASE NO.: 3:20-cv-01560-JBA

CVS Pharmacy, Inc.,
    *Defendant.*

## JUDGMENT

This matter came on before the Honorable Janet Bond Arterton, United States District Judge as a result of the defendant's Motion to Dismiss (Doc. 27).

The Court has considered all papers filed in conjunction with said motion and on August 2, 2021 entered an order (Doc. 35) granting Defendant's motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant CVS Pharmacy, Inc. and against plaintiff Anthony Guglielmo and the case is closed and remanded to the Connecticut Superior Court for the Judicial District of New Haven all in accordance with the Court's order.

Dated at New Haven, Connecticut this 3rd day of August 2021.

                                                          ROBIN D. TABORA, Clerk

                                                          By /s/ Donna Barry
                                                             Deputy Clerk

EOD:  08/03/2021